April 27, 2007

Mr. Mike Willatt
Willatt & Flickinger
2001 North Lamar
Austin, TX 78705
Mr. Jon R. Alworth
Attorney at Law
243 E. Elizabeth
Brownsville, TX 78520

RE: Case Number: 05-0855
 Court of Appeals Number: 13-03-00329-CV
 Trial Court Number: 02-524-D

Style: SOUTH TEXAS WATER AUTHORITY A/K/A SOUTH TEXAS WATER AUTHORITY
 INDUSTRIAL DEVELOPMENT CORPORATION
 v.
 ROMEO L. LOMAS AND W.A.T.E.R. (CITIZENS FOR WATER ACQUIRED THROUGH
 EQUAL RATES)

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and dismisses the case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Martha I. |
| |Soliz |
| |Ms. Cathy |
| |Wilborn |